UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BALWAN SINGH HOODA,

                        Plaintiff(s),                    **ORDER**
                                                                        CV 08-3403  (JS) (WDW)
       -against-

BROOKHAVEN NATIONAL LABORATORY,
et al.,

                        Defendant(s).
-------------------------------------------------------------X
**WALL, Magistrate Judge:**

       Before the court are two letter motions regarding the initial scheduling conference set for December 7, 2009.  Plaintiff pro se Balwan Singh Hooda has submitted a letter stating that he was unaware that Judge Seybert had issued a Memorandum and Order dated September 15, 2009 that dismissed some of his claims, and indicating that he has asked Judge Seybert for permission to move for reconsideration of that order.  *See* Docket Entry ("DE") [34].  He then asks the undersigned to adjourn the initial conference indefinitely until Judge Seybert has responded to his request.  Although the docket for this case does not reflect the existence of any request made to Judge Seybert regarding a motion for reconsideration, the court will grant a brief adjournment of the December 7, 2009 initial conference to **January 25, 2010 at 10:00 a.m.**

       In a letter dated November 23, 2009, defendants Brookhaven Science Associates, LLC, William Hempfling, and William Robert Casey ("defendants") ask the undersigned to identify the remaining parties in the action, and set the parameters and time frame in which discovery is to be completed.  *See* DE [33].  They further ask the court's permission to submit their discovery plan at the initial conference.  The motion is granted to the extent that the parties need not submit a joint discovery plan prior to the conference.

Dated:  Central Islip, New York                    SO ORDERED:
          December 2, 2009

                                                                /s/ William D. Wall
                                                               WILLIAM D. WALL
                                                               United States Magistrate Judge