UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
BALWAN SINGH HOODA,

                Plaintiff,

   -against-                       MEMORANDUM AND DECISION
                                         08-CV-3403 (JS) (WDW)
BROOKHAVEN NATIONAL LABORATORY,
a.k.a., and/or d/b/a BROOKHAVEN
SCIENCE ASSOCIATES LLC; MICHAEL
BEBON, WILLIAM HEMPFLING, WILLIAM
ROBERT CASEY, GEORGE GOODE, and
MICHAEL HOLLAND,

                Defendants.
----------------------------------X
Appearances:
For Plaintiff:      Balwan Singh Hooda, pro se
                    2 Christina Lane
                    Middle Island, N.Y. 11953


For the Brookhaven
Defendants:        Devjani Mishra, Esq.
                    Marcia Maria Henry, Esq.
                    Seyfarth Shaw LLP
                    620 Eighth Avenue
                    New York, N.Y. 10018

For Defendant
Michael Holland:   Vincent Lipari, Esq.
                    United States Attorneys Office
                    Eastern District of New York
                    610 Federal Plaza, 5th Floor
                    Central Islip, N.Y. 11722

SEYBERT, District Judge:

       Pending before the Court is Plaintiff's motion for an extension of time to file a motion for reconsideration of the Court's September 15, 2009 Order partially dismissing his Complaint. This is the second time that Plaintiff has sought leave to file such a motion for reconsideration. And this is the second time that the Court is denying this motion. As the Court ordered

on December 7, 2009, "[a]ny such motion for reconsideration would be untimely and, in any event, without merit." In his present motion, Plaintiff has set forth no explanation for how such a motion would be meritorious, or why he needs, _nunc_ _pro_ _tunc_, such an extreme extension of time. Under Local Civil Rule 6.3, Plaintiff had to file any such motion within 14 days of the Court's Order – or September 29, 2009. Plaintiff did not do so, nor did he move for an extension of time within this period. It is now three and a half months later. The Court will not, effectively, extend Plaintiff's time to respond by several months, especially where Plaintiff has provided no grounds or explanation for such a motion would succeed.

The Court's electronic order, dated January 13, 2010, granting Plaintiff's motion was issued in error. It is a nullity.

SO ORDERED.

/s/
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
January 13, 2010