BEFORE: WILLIAM D. WALL            DATE: 01/25/10

UNITED STATES MAGISTRATE JUDGE            TIME: 10:00 AM

DOCKET NO. CV 08-3403            ASSIGNED JUDGE: SEYBERT

CASE NAME: HOODA V. BROOKHAVEN NATIONAL LABORATORY, ET AL.

CIVIL CONFERENCE

Initial __X__ Status _____ Settlement _____ Pretrial _____ Other _____

APPEARANCES:    Plaintiff    Balwan Hooda

                     Defendant    Tara Williams

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

X     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐     Referred to mediation by separate order.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐     Other:

                                         SO ORDERED

                                         /s/William D. Wall
                                         WILLIAM D. WALL
                                         United States Magistrate Judge