```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
BALWAN SINGH HOODA,

                    Plaintiff,
         -against-                    MEMORANDUM AND DECISION
                                      08-CV-3403 (JS) (WDW)
BROOKHAVEN NATIONAL LABORATORY;       10-CV-1966 (JS) (WDW)
MICHAEL HOLLAND; BROOKHAVEN SCIENCE
ASSOCIATES LLC; MICHAEL BEBON,
CAROLL PARNELL, GEORGE GOODE,
and ROBERT LEE,

                    Defendants.
----------------------------------X
Appearances:
For Plaintiff:          Balwan Singh Hooda, pro se
                        2 Christina Lane
                        Middle Island, N.Y. 11953


For Defendants          Caitlin Alexis Senff, Esq.
Brookhaven Science      Christie Del Rey-Cone, Esq.
Associates, Michael     Devjani Mishra, Esq.
Bebon, Caroll Parnell   Marcia Maria Henry, Esq.
George Goode, and       Tara Simone Smith, Esq.
Robert Lee:             Seyfarth Shaw LLP
                        620 Eighth Avenue
                        New York, NY 10018

For Defendant           Vincent Lipari, Esq.
Michael Holland:        United States Attorneys Office
                        Eastern District of New York
                        610 Federal Plaza, 5th Floor
                        Central Islip, NY 11722-4454
```

SEYBERT, District Judge:

   Case Number 10-CV-1966 is hereby CONSOLIDATED with 08-CV-3403. All future filings are to be docketed only under 08-CV-3403. The Clerk of the Court is directed to mark 10-CV-1966 as CLOSED.

   The Court grants Plaintiff leave to file a Consolidated Amended Complaint in 08-CV-3403 synthesizing the claims and allegations in both actions. This Consolidated Amended Complaint

should <u>not</u> include any claims that the Court has already dismissed, or factual allegations that are relevant only with respect to the already dismissed claims. Plaintiff has until July 21, 2010 to file this Consolidated Amended Complaint.

The parties should consult with Judge Wall concerning any discovery issues related to this consolidation, or the filing of Plaintiff's Consolidated Amended Complaint.

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
       June 21, 2010