**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK



PLEASE REPLY TO:

PRO SE OFFICE / LONG ISLAND
100 FEDERAL PLAZA
P.O. BOX 9014
CENTRAL ISLIP, NY 11722-9014
PH: 631-712-6060

TO:      Balwan Singh Hooda
         2 Christina Lane
         Middle Island, NY 11953

FROM:    Pro Se Office, E.D.N.Y.
         By: /s/C.Vukovich

DATE:    July 20, 2010

SUBJECT: 08-CV-3403(JS)(WDW)
         Hooda v. Brookhaven

Enclosed please find an updated copy of your docket. Note that your request for an extension of time to file a consolidated Amended Complaint was granted on 7/19/10.