# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-3321

Writer's e-mail
CDelReyCone@seyfarth.com

Writer's direct fax
917-344-1183

August 30, 2010

**VIA ECF**

The Honorable William D. Wall
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Hooda v. Brookhaven Science Associates, *et al.*, 08-CV-3403 (JS) (WDW)

Dear Magistrate Judge Wall:

    We represent defendants Brookhaven Science Associates, William Hempfling, William Robert Casey, Michael Bebon, Carol Parnell, George Goode, and Robert Lee (collectively, the "Brookhaven Defendants") in the above-referenced action. As Your Honor is aware, discovery is currently scheduled to close on September 6, 2010. In light of Judge Seybert's June 21, 2010 Memorandum and Order indicating that the parties should consult with Your Honor about scheduling, we write to respectfully request an extension of the existing discovery deadline. The Brookhaven Defendants must respond to plaintiff's Consolidated Amended Complaint by no later than September 7, 2010. Accordingly, we respectfully request a telephone status conference in late-September or early-October on a date that is convenient for the Court so that the parties can discuss a new discovery schedule.

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA



THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



The Honorable William D. Wall
August 30, 2010
Page 2

Thank you for Your Honor's courtesy in considering this request.

Respectfully submitted,

SEYFARTH SHAW LLP

s/ Christie Del Rey-Cone

Christie Del Rey-Cone


cc:   Balwan Hooda (*pro se* plaintiff) (via email PDF)
      Caitlin A. Senff, Esq.

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK