UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BALWAN SINGH HOODA,

                         Plaintiff(s),           **ORDER**
                                                                                             CV 08-3403  (JS) (WDW)

      -against-

BROOKHAVEN SCIENCE ASSOCS., et al.,

                         Defendant(s).
----------------------------------------------------------X
**WALL, Magistrate Judge:**

      The Brookhaven defendants have moved for an extension of discovery deadlines in this matter and a conference to discuss a new schedule. See Docket Entry [65]. The motion is granted to the following extent:

- **March 10, 2011:** Completion of all discovery, inclusive of expert discovery. Depositions of experts may be taken at any time before trial.

- **March 31, 2011**: Any party seeking to make a dispositive motion must take the first action beginning the motion process by this date or risk forfeiting the right to make such a motion.

- The pretrial conference scheduled for October 4, 2010 is adjourned to **April 14, 2011 at 10:30 a.m.** A joint proposed pretrial order in compliance with the district judge's requirements must be electronically filed prior to this conference.

Dated:  Central Islip, New York           **SO ORDERED:**
         September 2, 2010

                                                   /s/ William D. Wall
                                                 WILLIAM D. WALL
                                               United States Magistrate Judge