**Balwan Singh Hooda**
2 Christina Lane
Middle Island, NY 11953
631-204-7614

October 22, 2010

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re:   Balwan Singh Hooda v. Brookhaven Science Associates, et al.
      Docket No. 08-cv-3403 (JS) (WDW)

Subject:   Plaintiff's pre-scheduled commitments from November 5th to December 6th 2010 for the marriage of plaintiff's daughter and family functions in India.

Honorable Judge Seybert,

  Plaintiff had brought to the attention of this Honorable Court in the Response to the Show Cause Order dated June 08, 2010 that plaintiff will be unable to respond to motions, orders, discovery and judgments from November 5th to December 6th, 2010 because of the scheduled ceremonies and family function in India. Plaintiff urges this Honorable Court to give due consideration to these unavoidable plaintiff's pre-scheduled commitments in formalizing the case schedule.

  Plaintiff appreciates Your Honor's consideration in this matter.

Respectfully submitted,

Balwan Hooda

cc:   Honorable William D. Wall
      Seyfarth Shaw
      Vincent Lipari