UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BALWAN SINGH HOODA,

                              Plaintiff(s),           **ORDER**
                                                                 CV 08-3403  (JS) (WDW)
     -against-

BROOKHAVEN NATIONAL LABORATORY,
et al.,

                              Defendant(s).
-----------------------------------------------------------X
**WALL, Magistrate Judge:**

      Defendants have moved for an extension of discovery deadlines in this matter.  See Docket Entry [79].  Plaintiff consents to the relief sought.  The motion is granted to the following extent:

- **August 22, 2011:** Completion of all discovery, inclusive of expert discovery. Depositions of experts may be taken at any time before trial.

- **September 19, 2011**: Any party seeking to make a dispositive motion must take the first action beginning the motion process by this date or risk forfeiting the right to make such a motion.

- The pretrial conference scheduled for August 1, 2011 is adjourned to **October 17, 2011, at 10:30 a.m.**  A joint proposed pretrial order in compliance with the district judge's requirements and signed by counsel for each party must be electronically filed prior to this conference.

As the parties have sought and received several extensions of the discovery deadlines, no further extensions will be granted absent a showing of manifest injustice.

Dated:  Central Islip, New York                  SO ORDERED:
         April 12, 2011

                                               /s/ William D. Wall
                                             WILLIAM D. WALL
                                             United States Magistrate Judge