SLR:VL:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
BALWAN SINGH HOODA

        Plaintiff,

   - against -

BROOKHAVEN SCIENCE ASSOCIATES, LLC,
WILLIAM HEMPFLING, in his individual and
official capacity, WILLIAM ROBERT CASEY, in
his individual and official capacity, MICHAEL
BEBON, in his individual and official capacity,
CAROL PARNELL, in her individual and official
capacity, GEORGE GOODE, in his individual and
official capacity, ROBERT LEE, in his individual
and official capacity; MICHAEL HOLLAND, in
his individual and official capacity

Defendants.
------------------------------------X

**STIPULATION DISMISSING ALL CLAIMS AGAINST DEFENDANT MICHAEL HOLLAND**

Civil Action
No. CV-08-3403
(Seybert, J.)
(Wall, M.J.)

    IT IS STIPULATED AND AGREED, by and between all parties, by their respective undersigned attorneys, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses with prejudice all claims against defendant MICHAEL HOLLAND, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, without costs to any party.

Dated: Islandia, New York
      July 29, 2011

                  SCOTT MICHAEL MISHKIN, P.C.
                  Attorney for Plaintiff
                  One Suffolk Square
                  Suite 240
                  Islandia, New York 11749

      By: _____
                  Scott Michael Mishkin
                  (631) 234-1154

2

Dated: Central Islip, New York
July 29, 2011

> LORETTA E. LYNCH
> United States Attorney
> Eastern District of New York
> Attorney for Defendant Michael Holland, in His
> Individual and Official Capacity
> 610 Federal Plaza, 5th Fl.
> Central Islip, New York 11722
>
> By: S/VINCENT LIPARI
> VINCENT LIPARI
> Assistant U.S. Attorney
> (631) 715-7864

Dated: July 29, 2011
New York, New York

> SEYFARTH SHAW LLP
> Attorneys for All Defendants
> Other than Michael Holland
> 620 Eighth Avenue
> New York, New York 10018
>
> By: [signature]
>
> (212)218-5500