UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BALWAN SINGH HOODA,

                Plaintiff,

   - against -

BROOKHAVEN SCIENCE ASSOCIATES, LLC;
WILLIAM HEMPFLING and WILLIAM
ROBERT CASEY (in their individual and official
capacities),

                Defendants.
-----------------------------------------------------------------x

CV-08-3403 (JS-WDW)

**NOTICE OF WITHDRAWAL OF
CHRISTIE DEL REY-CONE, ESQ.**

      Edward Cerasia II, Esq., a partner at the law firm of Seyfarth Shaw LLP and lead counsel for defendants, hereby notifies the Court of the withdrawal of the appearance of Christie Del Rey-Cone, Esq. as counsel for defendant in the above-captioned action. Ms. Del-Rey Cone recently resigned from the partnership at Seyfarth Shaw, is no longer representing the defendants in this case, and thus should cease receiving notifications for this case through the Court's Electronic Case Filing system.

Dated: New York, New York
        November 4, 2011

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              By   s/ Edward Cerasia II
                                 Edward Cerasia II
                              620 Eighth Avenue
                              New York, New York 10018
                              212.218.5500

                              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2011, I electronically filed the foregoing Notice of Withdrawal of Christie Del Rey-Cone, Esq. with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel of record for plaintiff.

                                                    s/ Edward Cerasia II
                                                  Edward Cerasia II