UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BALWAN SINGH HOODA,                    :     CV: 08-3403 (JS)(WDW)
                       Plaintiff,     :
                                       :     **NOTICE OF**
       -against-                        :     **APPEARANCE**
                                       :
BROOKHAVEN SCIENCE ASSOCIATES, LLC., :
WILLIAM HEMPFLING, and WILLIAM       :
ROBERT CASEY, (in their Individual and :
Official Capacities),                  :
                                       :
                      Defendants.   :
---------------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Kyle T. Pulis, Esq. hereby appears as counsel in this matter for Plaintiff Balwan Singh Hooda. The attorney certifies that he is admitted to practice in this Court.

Dated: Islandia, New York
       November 8, 2011

                                    Respectfully submitted,

                                    SCOTT MICHAEL MISHKIN, PC

                                    By: Kyle T. Pulis, Esq. (KP0415)
                                    One Suffolk Square Suite 240
                                    Islandia, New York 11749
                                    Tel: (631) 234-1154
                                    Fax: (631) 234-5048
                                    *Attorneys for Plaintiff*