UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BALWAN SINGH HOODA,

               Plaintiff,

        -against-

BROOKHAVEN SCIENCE ASSOCIATES,
LLC; WILLIAM HEMPFLING, in his individual
and official capacity; WILLIAM ROBERT
CASEY, in his individual and official capacity,

               Defendants.

------------------------------------------------------------------ x

CV-08-3403 (JS-GRB)

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE, that Caitlin Senff, formerly of Seyfarth Shaw LLP, attorney for defendants Brookhaven Science Associates, LLC, William Hempfling and William Robert Casey (collectively, the "Defendants") is now an associate of the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Seyfarth Shaw will no longer represent the Defendants in this case. Ms. Senff's new address and contact information is as follows:

    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    1745 Broadway, 22nd Floor
    New York, New York 10019
    Main Office Number: 212-492-2500
    Main Fax Number:     212-492-2501
    E-mail address: caitlin.senff@ogletreedeakins.com

Dated: New York, New York
       April 30, 2012

                                        Respectfully submitted,

                                        OGLETREE, DEAKINS, NASH, SMOAK
                                          & STEWART, P.C

                                        By:*s/ Caitlin Senff*
                                              Caitlin Senff

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on April 30, 2012, the foregoing Notice of Change of Firm and Address was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel of record for the plaintiff.

_s/ Caitlin Senff_
Caitlin Senff
